Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorney for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>BEAL PROPERTIES, INC., et al.,<br><br>　　　　Defendants. | No.  1:15-cv-00216-LJO-BAM<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

1    IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendant Beal Properties, Inc., the parties who have appeared in this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Date: May 1, 2015                              MOORE LAW FIRM, P.C.


                                               */s/ Tanya E. Moore*
                                               Tanya E. Moore
                                               Attorney for Plaintiff
                                               Ronald Moore

Date: May 1, 2015                              WILD, CARTER & TIPTON


                                               */s/ Patrick J. Gorman*
                                               Patrick J. Gorman
                                               Attorneys for Defendant
                                               Beal Properties, Inc.

## **ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. Each party shall bear its own attorney's fees and costs.

IT IS SO ORDERED.

   Dated:   **May 4, 2015**              **/s/ Lawrence J. O'Neill**
                                         UNITED STATES DISTRICT JUDGE